UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FANEL CHARLES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LAFARGE NORTH AMERICA, INC.,<br><br>　　　　Defendant. | C.A. NO. 09-11732 |

**LAFARGE NORTH AMERICA, INC.'S LOCAL RULE 7.3**
**CORPORATE DISCLOSURE STATEMENT**

　　　Now comes the defendant, LaFarge North America, Inc. and states that its parent corporation is LaFarge S.A.

　　　　　　　　　　　　　　　　LAFARGE NORTH AMERICA, INC.,

　　　　　　　　　　　　　　　　By Its Attorneys,

　　　　　　　　　　　　　　　　CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

　　　　　　　　　　　　　　　　/s/ Mark J. Hoover
　　　　　　　　　　　　　　　　Brian P. Voke (BBO No. 544327)
　　　　　　　　　　　　　　　　Mark J. Hoover (BBO No. 564473)
　　　　　　　　　　　　　　　　One Constitution Plaza
　　　　　　　　　　　　　　　　Boston, MA  02129
　　　　　　　　　　　　　　　　(617) 241-3000

**CERTIFICATE OF SERVICE**

　　　I hereby certify that a true copy of the above document was served upon the attorneys for all parties by mail on October 19, 2009.

　　　　　　　　　　　　　　　　/s/ Mark J. Hoover
　　　　　　　　　　　　　　　　Mark J. Hoover